**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Russell Vincent WRENN,
Defendant–Appellant.**

No. 00–30041.

D.C. No. CR 99–00225–JAR.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 7, 2001.

Decided May 10, 2001.

Before GOODWIN, GREENBERG *,
RAWLINSON, Circuit Judges.

MEMORANDUM **

Russell Vincent Wrenn appeals his conviction and sentence for possessing a firearm as a felon, in violation of 18 U.S.C. § 922(g)(1). He claims that the district court erred in granting the Government's motion *in limine* to preclude evidence of a necessity defense. He also claims that the statute is unconstitutional as applied to him, because the Government failed to prove a sufficient nexus to interstate commerce. Finally, he claims that the district court erred by refusing to grant him an additional one-point reduction for timely providing the police with complete information concerning his involvement in the offense under U.S.S.G. § 3E1.1(b)(1), after it found that he showed acceptance of responsibility under U.S.S.G. § 3E1.1(a).

None of his assignments of error finds support in Ninth Circuit cases.

AFFIRMED.

---

* The Honorable Morton I. Greenberg, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

